| | |
|---|---|
| 1 | LYNNE C. HERMLE (State Bar No. 99779) |
|   | lchermle@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 3 | Menlo Park, CA  94025 |
|   | Telephone:    (650) 614-7400 |
| 4 | Facsimile:     (650) 614-7401 |
| 5 | JULIE A. TOTTEN (STATE BAR NO. 166470) |
|   | jatotten@orrick.com |
| 6 | SARA E. DIONNE (STATE BAR NO. 221326) |
|   | sdionne@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 400 Capitol Mall, Suite 3000 |
| 8 | Sacramento, CA  95814-4497 |
|   | Telephone:    (916) 447-9200 |
| 9 | Facsimile:     (916_329-4900 |
| 10 | Attorneys for Defendant |
|    | Luxottica Retail North America Inc. dba Lenscrafters |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDOVAL, on behalf of himself and all others similarly situated, | Case No. C 10-5824 PJH |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| LUXOTTICA RETAIL NORTH AMERICA, an Ohio Corporation; doing business as (d.b.a.), LENSCRAFTERS, and DOES 1 through 100, inclusive, | |
| Defendants. | |

(Note: "PROPOSED" in title has strikethrough.)

OHS West:261113157.1      - 1 -      [PROPOSED] ORDER GRANTING STIPULATION RE CONTINUANCE OF CASE MGMT. CONFERENCE
CASE NO. C 10-5824 PJH

OHS WEST:261113157.1

Pursuant to the stipulation filed by the parties on March 21, 2011, the Case Management Conference shall be continued 4 weeks to May 5, 2011. (All related deadlines shall be continued accordingly.) In the event that the Parties file a motion for preliminary approval of class action settlement before May 5, 2011, the Case Management Conference (and related deadlines) shall be vacated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 24, 2011

_____
U.S. District Court Judge

*[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA]*