1  LYNNE C. HERMLE (State Bar No. 99779)
   lchermle@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:    (650) 614-7400
4  Facsimile:    (650) 614-7401

5  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
6  SARA E. DIONNE (STATE BAR NO. 221326)
   sdionne@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
8  Sacramento, CA  95814-4497
   Telephone:    (916) 447-9200
9  Facsimile:    (916_329-4900

10 Attorneys for Defendant
   Luxottica Retail North America Inc. dba Lenscrafters
11

12                   UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 | MICHAEL SANDOVAL, on behalf of himself and all others similarly situated, | Case No. C 10-5824 PJH
16 | | **[PROPOSED]** ORDER GRANTING STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
17 | Plaintiffs, |
18 | v. |
19 | LUXOTTICA RETAIL NORTH AMERICA, an Ohio Corporation; doing business as (d.b.a.), LENSCRAFTERS, and DOES 1 through 100, inclusive, |
20 | |
21 | Defendants. |

22
23
24
25
26
27
28

1

2        Pursuant to the stipulation filed by the parties on May 4, 2011, the Case Management

3 Conference shall be continued 3 weeks to May 26, 2011.  (All related deadlines shall be

4 continued accordingly.)  In the event that the Parties file a motion for preliminary approval of

5 class action settlement before May 26, 2011, the Case Management Conference (and related

6 deadlines) shall be vacated.

7

8 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10 Dated:  May 5, 2011                             _____

                                                                              U.S. District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

- 2 -

[PROPOSED] ORDER GRANTING STIPULATION RE
CONTINUANCE OF CASE MGMT. CONFERENCE
CASE NO. C 10-5824 PJH

OHS WEST:261142533.1