| | |
|---|---|
| 1 | LYNNE C. HERMLE (State Bar No. 99779) |
| | lchermle@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 3 | Menlo Park, CA  94025 |
| | Telephone:     (650) 614-7400 |
| 4 | Facsimile:     (650) 614-7401 |
| | |
| 5 | JULIE A. TOTTEN (STATE BAR NO. 166470) |
| | jatotten@orrick.com |
| 6 | SARA E. DIONNE (STATE BAR NO. 221326) |
| | sdionne@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 8 | Sacramento, CA  95814-4497 |
| | Telephone:     (916) 447-9200 |
| 9 | Facsimile:     (916_329-4900 |
| | |
| 10 | Attorneys for Defendant |
| | Luxottica Retail North America Inc. dba Lenscrafters |
| 11 | |

(attorney block above)

12   UNITED STATES DISTRICT COURT

13   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| MICHAEL SANDOVAL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUXOTTICA RETAIL NORTH AMERICA, an Ohio Corporation; doing business as (d.b.a.), LENSCRAFTERS, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 10-5824 PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE  BRIEFING SCHEDULE & VACATING CASE MANAGEMENT CONFERENCE** |

- 1 -

OHS WEST:261152498.1

1  Pursuant to the stipulation filed by the parties on May 20, 2011, the Case Management
2  Conference scheduled for May 26, 2011, is vacated. The Motion for Preliminary Approval of
3  Class Action Settlement shall be heard on July 27, 2011. Accordingly, the papers in support of
4  said motion shall be filed no later than June 22, 2011.

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7  Dated: May 23, 2011



U.S. District Judge Phyllis J. Hamilton
IT IS SO ORDERED

- 2 -

[PROPOSED] ORDER GRANTING STIPULATION RE
CONTINUANCE OF CASE MGMT. CONFERENCE
CASE NO. C 10-5824 PJH

OHS WEST:261152498.1